**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

Case: 1:26–cv–01959
Assigned To : Unassigned
Assign. Date : 6/1/2026
Description: FOIA/Privacy Act (I–DECK)

JOSEPH A. REYNA,

Plaintiff,

v.

NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION, an agency of the U.S. Department of Transportation,

and

JONATHAN MORRISON, in his official capacity as Administrator, NHTSA,

Defendants.

Civil Action No. ___________

**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

Administrative Procedure Act, 5 U.S.C. §§ 702, 706

Freedom of Information Act, 5 U.S.C. § 552

*Plaintiff Proceeds In Forma Pauperis*

## I. ROADMAP

RECEIVED
JUN 01 2026
Clerk, U.S. District & Bankruptcy Court for the District of Columbia

This case asks one question: **has NHTSA ever checked whether its vehicle safety standards are worth what they cost American consumers?** The answer, based on the record, is no.

Think of FMVSS as a toll booth on the only road into a city. It was built decades ago to keep out unsafe vehicles. But the toll booth operator has never studied whether the toll itself serves any safety purpose—or whether it simply keeps competitors out while prices inside the city rise unchecked. Every other major city in the world shares a single toll system (UNECE WP.29). The United States stands alone with its own, and the operator has never explained why.

**What happened:** On May 9, 2024, NHTSA issued a final rule on Automatic Emergency Braking (89 Fed. Reg. 39,686) in which it considered and rejected international safety standards without publishing a cost-benefit analysis of the divergence. This is representative of a decades-long pattern.

**What was withheld:** Plaintiff submitted FOIA requests for records documenting this divergence. FHWA rejected the request without redirecting to the correct agency. No agency has produced a single record.

**Who is harmed:** Plaintiff is a U.S. consumer whose vehicles have broken down with repair costs exceeding the price of new vehicles available in neighboring countries but blocked from the U.S. market by FMVSS barriers.

**Why D.C.:** NHTSA is headquartered here. Its records, rulemaking, and the lobbying apparatus that shapes its decisions are here. No other district has a comparable nexus.

**What the Court is asked to do:** Declare the challenged agency action unlawful. Order NHTSA to produce the withheld records. Order NHTSA to reconsider with a reasoned explanation.

## II. CHRONOLOGY OF KEY EVENTS

| Date | Event |
|---|---|
| **May 1, 2012** | Executive Order 13609 directs agencies to reduce unnecessary regulatory divergence. |
| **2022** | Dreams Over Dollars Foundation established (501(c)(3), EIN 88-2187078). |
| **2024** | Plaintiff publishes 138-page eVTOL regulatory framework (ResearchGate), cited internationally. |
| **May 9, 2024** | NHTSA issues AEB final rule (89 Fed. Reg. 39,686), considers and rejects UNECE standards. |
| **June 28, 2024** | Supreme Court decides Loper Bright, overruling Chevron deference. |
| **June 30, 2024** | Supreme Court decides Corner Post: APA claims accrue when plaintiff is injured. |
| **Mar. 1, 2025** | Plaintiff submits FOIA to FHWA re: FMVSS economic impacts. |
| **Mar. 3, 2025** | FHWA rejects FOIA on procedural grounds; does not redirect to NHTSA. |
| **Mar. 2, 2025** | Plaintiff transmits FMVSS research to JAMA, ACEA, Kim & Chang. No responses. |
| **Feb. 6, 2025** | Plaintiff's 2008 Nissan Rogue: $21,756 repair estimate (engine + transmission). |
| **Apr. 2026** | Plaintiff's 2008 Audi A4: $1,377 paid, $5,216 in repairs declined (unaffordable). |
| **May 30, 2026** | Plaintiff submits § 553(e) rulemaking petition to NHTSA. |
| **May 30, 2026** | Plaintiff submits corrected, comprehensive FOIA to NHTSA (9 record categories). |
| **June 1, 2026** | This Complaint filed. |

## III. PARTIES

**1.** Plaintiff Joseph A. Reyna is a natural person and citizen of the United States, residing in Austin, Texas. Mr. Reyna is a consumer who pays vehicle prices inflated by FMVSS non-tariff barriers, a published researcher whose work on transportation regulatory policy is cited internationally, and a FOIA requester whose requests have been rejected or ignored. Mr. Reyna is also the founder and Executive Director of the Dreams Over Dollars Foundation, a 501(c)(3) public-interest research organization (EIN 88-2187078; GuideStar Platinum 2026), and holder of the federally registered trademark JOECAT® (USPTO Reg. No. 6,057,783). The Foundation is not a party to this action; its work is referenced as context for Plaintiff's qualifications and research record.

**2.** Defendant NHTSA is a federal agency within the U.S. Department of Transportation, headquartered at 1200 New Jersey Avenue SE, Washington, D.C. 20590.

**3.** Defendant Jonathan Morrison is sued in his official capacity as Administrator of NHTSA, confirmed by the Senate on September 18, 2025.

## IV. JURISDICTION AND VENUE

**4.** This Court has jurisdiction under 28 U.S.C. § 1331, 5 U.S.C. § 702, and 5 U.S.C. § 552(a)(4)(B).

**5.** Venue is proper under 28 U.S.C. § 1391(e)(1) (action against federal agency residing in this District) and 5 U.S.C. § 552(a)(4)(B) (FOIA records situated at agency headquarters in this District). NHTSA's headquarters, rulemaking operations, FOIA processing, and the lobbying apparatus directed at its oversight committees are all located in Washington, D.C. The District of Columbia is the traditional forum for APA challenges to federal agency rulemaking. *See Motor Vehicle Mfrs. Ass'n v. State Farm*, 463 U.S. 29 (1983).

**6.** This action is timely under 28 U.S.C. § 2401(a) as interpreted by *Corner Post, Inc. v. Board of Governors*, 603 U.S. ___ (2024). Plaintiff's injury is ongoing.

**7.** Plaintiff has been granted in forma pauperis status in prior federal proceedings and submits a renewed application contemporaneously. Pursuant to 28 U.S.C. § 1915(d), Plaintiff requests that the U.S. Marshal effect service.

## V. STANDING

**8.** **Consumer injury.** FMVSS non-tariff barriers artificially inflate U.S. vehicle prices by blocking international competition. Comparable vehicles available in Mexico for approximately $19,350 USD (BYD Dolphin Mini, MXN 387,000) are entirely unavailable in the United States. Between 2019 and 2024, U.S. new vehicle prices rose approximately 30%, exceeding general inflation (~20%) by approximately 10 percentage points. This market distortion is a direct consequence of the closed regulatory regime NHTSA maintains. Plaintiff's 2008 Nissan Rogue required $21,756 in repairs—more than the cost of a new vehicle in neighboring markets. Plaintiff's 2008 Audi A4 requires $5,216 in repairs Plaintiff cannot afford. Both vehicles are inoperable. Plaintiff cannot afford a new vehicle at U.S. prices inflated by the challenged barriers. See Exhibits K, L.

**9.** **Informational injury.** Plaintiff submitted a FOIA request for records documenting NHTSA's regulatory divergence. FHWA issued a final denial on March 3, 2025 without redirecting to NHTSA. Plaintiff has a statutory right to these records and is injured by their withholding. See Exhibit B.

**10.** **Research injury.** Plaintiff is a published researcher whose 138-page eVTOL regulatory framework is cited by international scholars. NHTSA's failure to address the regulatory gap between FMVSS and FAA airworthiness certification directly impairs Plaintiff's ability to advance this research. See Exhibit A (ResearchGate citation).

**11.** **Traceability and redressability.** Each injury is traceable to NHTSA's maintenance of FMVSS divergence and its failure to process FOIA requests. An order requiring NHTSA to reconsider with reasoned explanation and to produce withheld records would redress these injuries. Plaintiff's standing is consistent with *OPM v. AFGE*, 604 U.S. ___ (2025) (plaintiff must be directly harmed, not a stand-in).

## VI. FACTUAL ALLEGATIONS

### A. The Challenged Agency Action

**12.** NHTSA administers FMVSS under 49 U.S.C. §§ 30101–30170. The United States is the only major industrialized nation that has not adopted or harmonized with UNECE WP.29 vehicle safety standards used by over sixty nations representing 80%+ of global vehicle production.

**13.** On May 9, 2024, NHTSA issued a final rule on Automatic Emergency Braking Systems (89 Fed. Reg. 39,686). In that rulemaking, NHTSA considered elements of the corresponding UNECE regulation but deliberately rejected others—including the "no-contact" trigger requirement adopted by over sixty nations—then refused to reconsider. This demonstrates that harmonization is technically feasible and that divergence reflects policy choice, not safety necessity.

**14.** NHTSA has not published a cost-benefit analysis comparing FMVSS with UNECE WP.29 standards. It has not analyzed the consumer price impact, the market competition impact, or the import volume impact of maintaining regulatory divergence. It has not explained why the safety engineering of Germany, Japan, South Korea, the United Kingdom, and Australia is insufficient for American roads. These are failures to consider important aspects of the problem under *State Farm*.

**15.** Following *Loper Bright Enterprises v. Raimondo*, 602 U.S. ___ (2024), this Court owes no deference to NHTSA's interpretation of its statutory authority. The Court must independently evaluate whether NHTSA's regulatory choices are authorized by and consistent with 49 U.S.C. Chapter 301.

**B. Consumer Harm**

**16.** The automotive industry spent $85.5 million on federal lobbying in 2023 (record year). In 2024, General Motors spent $14.2 million, the Alliance for Automotive Innovation spent $4.8 million, and automotive PACs contributed $7.9 million to candidates on the committees overseeing NHTSA. This bipartisan lobbying architecture creates a structural barrier to legislative reform, making judicial review the only remaining institutional check. See Exhibit E.

**C. FOIA Requests and Agency Responses**

**17.** On March 1, 2025, Plaintiff submitted a FOIA request to FHWA seeking records on FMVSS economic impacts. On March 3, 2025, FHWA FOIA Specialist Lani Gleaves issued a final denial, citing insufficient specificity under 49 C.F.R. § 7.24(a)(5). FHWA did not redirect Plaintiff to NHTSA, the correct custodial agency. See Exhibit B.

**18.** On May 30, 2026, Plaintiff submitted a corrected, comprehensive FOIA to NHTSA (nine record categories, fee waiver requested, expedited processing requested). That request is pending within its statutory period. See Exhibit C.

**19.** On May 30, 2026, Plaintiff filed a § 553(e) petition for rulemaking requesting NHTSA evaluate FMVSS-UNECE harmonization. Under 49 C.F.R. § 553.35, NHTSA must respond within 120 days. See Exhibit C.

## VII. CAUSES OF ACTION

**COUNT I: Arbitrary and Capricious Agency Action (5 U.S.C. § 706(2)(A))**

**20.** Plaintiff incorporates all preceding paragraphs. Under *State Farm*, 463 U.S. at 43, an agency must examine relevant data, consider important aspects of the problem, and articulate a rational connection between facts found and choices made. NHTSA's maintenance of FMVSS divergence from UNECE WP.29 standards, as exemplified by the May 2024 AEB final rule (89 Fed. Reg. 39,686), fails this standard because NHTSA: (a) did not publish a cost-benefit analysis comparing FMVSS with UNECE standards; (b) did not consider the consumer price impact of maintaining divergence; (c) did not explain why safety standards adopted by over sixty nations are insufficient for U.S. roads; and (d) acted in the face of Executive Order 13609, which reflects the Executive Branch's own determination that regulatory harmonization serves the public interest.

**COUNT II: FOIA Violation — FHWA Final Denial (5 U.S.C. § 552)**

**21.** Plaintiff incorporates all preceding paragraphs. On March 3, 2025, FHWA issued a final denial of Plaintiff's FOIA request without redirecting to NHTSA, the correct custodial agency. Administrative remedies are exhausted by virtue of the final denial. *CREW v. FEC*, 711 F.3d 180, 189 (D.C. Cir. 2013). Plaintiff reserves the right to amend upon constructive or actual denial of the May 30, 2026 NHTSA FOIA request.

**COUNT III: Agency Action Unlawfully Withheld (5 U.S.C. § 706(1))**

**22.** Plaintiff incorporates all preceding paragraphs. On May 30, 2026, Plaintiff filed a § 553(e) petition requesting NHTSA initiate rulemaking to evaluate FMVSS-UNECE harmonization. Under 49 C.F.R. § 553.35, NHTSA must respond within 120 days. If NHTSA fails to respond, that failure constitutes agency action unlawfully withheld. Plaintiff will amend this Complaint to include the agency's response or non-response upon expiration of the 120-day period.

## VIII. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

A. Declare that NHTSA's maintenance of FMVSS divergence from UNECE WP.29 standards, as exemplified by the May 2024 AEB final rule, without adequate cost-benefit justification, is arbitrary, capricious, and not in accordance with law;

B. Order NHTSA to produce all records responsive to Plaintiff's FOIA requests, or issue a lawful determination, within thirty (30) days;

C. Order NHTSA to reconsider its FMVSS divergence from UNECE WP.29 standards and issue a reasoned explanation for its regulatory choices;

D. Retain jurisdiction and decline to transfer to any other district;

E. Award Plaintiff his costs pursuant to 5 U.S.C. § 552(a)(4)(E) and 28 U.S.C. § 2412; and

F. Grant such other relief as the Court deems just and proper.

Respectfully submitted,



/s/ Joseph A. Reyna

**Joseph A. Reyna**

5900 Balcones Dr #16077

Austin, Texas 78731

(512) 200-3069

WhiteHat@JoeCattt.com

dreamsoverdollarsfoundation@gmail.com

*Pro Se Plaintiff*

Dated: June 1, 2026

## VERIFICATION

I, Joseph A. Reyna, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that I have read the foregoing Complaint and that the factual allegations contained therein are true and correct to the best of my knowledge, information, and belief.



/s/ Joseph A. Reyna

**Joseph A. Reyna**

5900 Balcones Dr #16077

Austin, Texas 78731

(512) 200-3069

WhiteHat@JoeCattt.com

dreamsoverdollarsfoundation@gmail.com

*Pro Se Plaintiff*

Dated: June 1, 2026

## EXHIBIT LIST

**Exhibit A:** ResearchGate Citation: "From Traffic Jams to Sky Lanes: Established Air Laws for the Era of Flying Cars" (2024, 138 pages, cited by Indonesian researchers). Full text available at researchgate.net. Plaintiff's published eVTOL regulatory framework.

**Exhibit B:** FHWA FOIA Rejection (March 1–3, 2025) — Lani Gleaves, FOIA Specialist.

**Exhibit C:** Section 553(e) Petition & NHTSA FOIA Request (May 30, 2026).

**Exhibit D:** International Outreach to JAMA, ACEA, Kim & Chang (March 2, 2025) — zero responses.

**Exhibit E:** OpenSecrets Lobbying Data — automotive industry 2023–2024.

**Exhibit F:** BYD Dolphin Mini International Pricing & Plaintiff's Repair Costs.

**Exhibit G:** FMVSS as Protectionist Trade Barriers — Foundation Research (March 2025).

**Exhibit H:** Dreams Over Dollars Foundation Credentials (GuideStar Platinum 2026).

**Exhibit I:** JOECAT® Trademark (USPTO Reg. No. 6,057,783).

**Exhibit K:** 2008 Nissan Rogue Work Order #800616977 ($21,756.16 estimate).

**Exhibit L:** 2008 Audi A4 RO #81363 ($1,377.70 paid; $5,216.28 declined).

*Note: Exhibit A (138-page research paper) is incorporated by reference via ResearchGate URL and is available to the Court upon request. It is not physically attached to reduce filing volume.*

# EXHIBIT B

FHWA FOIA Rejection — March 1–3, 2025

---

**From:** Joseph A. Reyna <whitehat@joecattt.com>

**To:** FOIA.Officer@dot.gov (FHWA Office of Administration)

**Date:** March 1, 2025, 6:55 PM

**Subject:** FOIA Request – Expedited Processing Requested: FMVSS Economic and Environmental Impacts

Plaintiff requested records regarding the economic and environmental consequences of FMVSS divergence from international vehicle safety standards, citing 5 U.S.C. § 552(a)(6)(E) and requesting expedited processing. Supporting authorities cited: *EPIC v. DOD*, 355 F. Supp. 2d 98 (D.D.C. 2004); *NRDC v. DOE*, 191 F. Supp. 2d 41 (D.D.C. 2002).

---

**From:** Lani Gleaves, FOIA Government Information Specialist <FOIA.Officer@dot.gov>

**Agency:** FHWA | Office of Administration (HAD), 1200 New Jersey Ave SE, Washington DC 20590

**Phone:** (202) 366-9062 | lani.gleaves@dot.gov

**Date:** March 3, 2025, 7:17 PM

**Subject:** RE: FOIA Request – Expedited Processing Requested: FMVSS Economic and Environmental Impacts

**Agency response (verbatim excerpt):**

"The Freedom of Information Act (FOIA) provides the public the right to request access to records from any Federal agency. The FOIA does not require agencies to answer questions or interrogatories; analyze and/or interpret documents for a requester; create records or lists; conduct research; initiate investigations; or provide statutes, regulations, publications, or other documents that are otherwise made available to the public. Additionally, under USDOT regulations at 49 C.F.R. § 7.24(a)(5), requesters should describe the record or records sought to the fullest extent possible. **Because your request does not constitute a proper request under FOIA, it will not be considered at this time.**"

*Significance: FHWA administers federal highways, not vehicle safety standards. FMVSS is administered exclusively by NHTSA. FHWA rejected the request on procedural grounds without redirecting Plaintiff to NHTSA, as required by FOIA's remedial purpose. This rejection is itself probative of the agency's pattern of avoiding substantive review of FMVSS trade barrier issues.*

# EXHIBIT C

Section 553(e) Petition & NHTSA FOIA Request — May 30, 2026

---

**PART 1: Section 553(e) Petition for Rulemaking**

**From:** Joseph A. Reyna <whitehat@joecattt.com>

**To:** nhtsa.foia@dot.gov

**Date:** May 30, 2026, 2:13 PM CDT

**Subject:** Petition for Rulemaking Under 5 U.S.C. § 553(e) — Evaluation of FMVSS Harmonization with UNECE WP.29 Standards

Pursuant to 5 U.S.C. § 553(e) and 49 C.F.R. § 553.31, Plaintiff petitioned NHTSA to: (a) initiate notice-and-comment rulemaking evaluating FMVSS-UNECE harmonization; (b) conduct a comprehensive cost-benefit analysis; and (c) coordinate with FAA on an eVTOL regulatory framework. The petition cited NHTSA's May 9, 2024 AEB final rule (89 Fed. Reg. 39,686) as evidence that harmonization is technically feasible. Under 49 C.F.R. § 553.35, NHTSA must grant or deny within 120 days.

---

**PART 2: FOIA Request to NHTSA (Corrected & Comprehensive)**

**From:** Joseph A. Reyna <whitehat@joecattt.com>

**To:** nhtsa.foia@dot.gov (CC: ost.foia@dot.gov)

**Date:** May 30, 2026, 2:34 PM CDT

**Subject:** FOIA Request — Fee Waiver Requested: FMVSS Regulatory Divergence from UNECE WP.29 Standards — Agency Deliberation, Cost-Benefit Analyses, and Industry Communications (2010–Present)

Corrected FOIA to the proper custodial agency (NHTSA), curing all procedural deficiencies identified in FHWA's March 3, 2025 rejection. Requests nine categories of records: (A) NHTSA deliberations on UNECE WP.29 harmonization; (B) cost-benefit and economic impact analyses; (C) communications with industry lobbyists; (D) inter-agency coordination with USTR, FAA; (E) EV import barrier analyses. Fee waiver requested per 5 U.S.C. § 552(a)(4)(A)(iii) and 49 C.F.R. § 7.43(c). Expedited processing requested. Statutory 20-business-day deadline commenced May 30, 2026.

# EXHIBIT D

International Trade Association Outreach — Zero Responses (March 2, 2025)

On March 2, 2025, Plaintiff transmitted FMVSS trade barrier research to three international automotive industry organizations requesting nondisclosure agreements for collaborative research. None responded.

**Japan Automobile Manufacturers Association (JAMA)**

**To:** info@jama.org **Date:** March 2, 2025

**Subject:** In-Depth Research: FMVSS Impacting Japanese Automakers in U.S. Market – Request for NDA

**Response received:** NONE as of date of filing.

**European Automobile Constructors Association (ACEA)**

**To:** info@acea.auto **Date:** March 2, 2025

**Subject:** Strategic Analysis of U.S. FMVSS as EU-U.S. Trade Barrier – Request for NDA

**Response received:** NONE as of date of filing.

**Kim & Chang (Korea) — Attn: Attorney Ki-Tae Kim**

**To:** ktkim1@kimchang.com **Date:** March 2, 2025

**Subject:** Strategic Research on U.S. FMVSS Regulations – Request for NDA

**Response received:** NONE as of date of filing.

*The silence of major international automotive trade associations upon receiving documented evidence that U.S. vehicle safety standards function as non-tariff trade barriers is probative of the chilling effect of the existing regulatory regime on public discourse regarding FMVSS reform.*

# EXHIBIT E

Federal Lobbying & PAC Expenditures — Automotive Industry 2023–2024

*Source: OpenSecrets.org Federal Lobbying Database (opensecrets.org)*

## Federal Lobbying Expenditures — 2024

| Entity | 2024 Spend | Issues Lobbied |
|---|---|---|
| General Motors | $14,230,000 | Transportation, NHTSA, EV policy, taxes |
| Alliance for Automotive Innovation | $4,766,586 | Motor vehicle safety, FMVSS, EV standards |
| Ford Motor Company | $3,188,121 | Transportation, automotive, taxes |
| United Auto Workers (UAW) | $672,000 | Labor, automotive trade |
| **TOTAL (4 entities shown)** | **$22,856,707** | |
| **Auto Industry Total — 2023** | **$85,500,000+** | **Record year** |

## Automotive PAC Contributions to Federal Candidates — 2023–2024

| PAC | Contributions | Party Split |
|---|---|---|
| National Auto Dealers Assn | $2,552,500 | ~55% R |
| Toyota Motor North America | $1,151,840 | ~52% R |
| General Motors PAC | $837,500 | ~56% R |
| Automotive Free Intl Trade PAC | $765,000 | ~58% R |
| Auto Care Association | $497,000 | ~54% R |
| Alliance for Automotive Innovation PAC | $68,750 | 56.73% R / 43.27% D |
| **TOTAL — All Automotive PACs 2023–2024** | **$7,945,029** | **56.7% R / 43.3% D** |

*These contributions flow to members of the Senate Commerce Committee and House Energy & Commerce Committee—the oversight bodies for NHTSA rulemaking—creating a structural barrier to legislative correction. 1,093 separate clients lobbied the Department of Transportation in 2024.*

# EXHIBIT F

BYD Dolphin Mini Pricing — International vs. U.S. Market

*Sources: autogiz.com/mx (MXN 387,000 confirmed); ccarprice.com/ca; BYD China; U.S. MSRP data.*

| Market | Vehicle | Price (USD) | Available to U.S. Consumer? |
|---|---|---|---|
| Mexico | BYD Dolphin Mini 2024 | ~$19,350 (MXN 387,000) | YES |
| Canada | BYD Atto 3 | ~$28,000-30,000 (CAD 38,990) | YES |
| China | BYD Seagull (base) | ~$9,700-11,000 (CNY 69,800) | YES |
| **U.S. Market** | **BYD Dolphin Mini** | **NOT AVAILABLE** | **NO — FMVSS barrier** |
| U.S. Market | Cheapest EV (Chevy Bolt) | ~$26,500+ | YES |
| **Price Gap** | **FMVSS barrier premium** | **$7,150-$17,000+ per vehicle** | **---** |

## Plaintiff's Direct Financial Injury — Documented:

| Date | Vehicle | Shop | Amount | Status |
|---|---|---|---|---|
| Feb 6, 2025 | 2008 Nissan Rogue VIN: JN8AS58V98W117200 | Austin's Automotive Specialists Work Order #800616977 | $21,756.16 | Estimate: engine + transmission replacement |
| Apr-May 2026 | 2008 Audi A4 VIN: W AUAF78E98A137355 | Christian Brothers Automotive RO #81363 | $1,377.70 paid $5,216.28 declined | Turbocharger + injectors cannot be afforded |

*The BYD Dolphin Mini retails in Mexico for approximately $19,350 — less than the estimate to repair Plaintiff's Nissan Rogue. FMVSS regulatory barriers prevent Plaintiff from purchasing an affordable new vehicle, directly forcing him to absorb repair costs that exceed the international market price of a new EV.*

# EXHIBIT G

FMVSS as Protectionist Trade Barriers — Foundation Research (March 2025)

---

Title: **Legal Case Study: Federal Motor Vehicle Safety Standards (FMVSS) as Protectionist Trade Barriers**

Author: Joseph A. Reyna / Dreams Over Dollars Foundation

Platform: Google Drive (dreamsoverdollarsfoundation@gmail.com)

Date Created: March 1, 2025 | Last Modified: March 2, 2025

Google Doc ID: 1xQ097YNdSjLCly1YJLnpC5q0HeSzCQ3muUFeuDJYrXw

Direct URL: docs.google.com/document/d/1xQ097YNdSjLCly1YJLnpC5q0HeSzCQ3muUFeuDJYrXw/edit

**Summary of Contents:**

• Background: FMVSS administered by NHTSA as non-tariff trade barriers, supported by FOIA requests to FHWA and DOT

• Legal Framework: APA § 706(2)(A) arbitrary-and-capricious standard; *Motor Vehicle Mfrs. Ass'n v. State Farm*, 463 U.S. 29 (1983)

• FOIA Strategy: Two FOIA requests filed March 1, 2025 to FHWA and DOT targeting inter-agency communications and cost-benefit analyses

• Trade Barrier Analysis: U.S.-only non-UNECE regime; Peterson Institute data showing 20% export increase under harmonized standards

• Economic Harm Quantification: Methodology for computing Direct Consumer Cost Increase from FMVSS divergence

• Conclusion: FMVSS divergence constitutes regulatory capture benefiting domestic automakers at consumer expense

• FOIA Requests Appended: Full text of FHWA and DOT FOIA requests filed March 1, 2025

*This document was authored by Plaintiff on March 1–2, 2025, establishing the research foundation for this litigation. It demonstrates Plaintiff's pre-litigation due diligence and qualifies Plaintiff as a subject-matter researcher in this field.*

# EXHIBIT H

Dreams Over Dollars Foundation — Organizational Credentials

**Organization:** Dreams Over Dollars Foundation

**EIN:** 88-2187078

**Tax Status:** 501(c)(3) Public Charity — IRS-recognized

**State:** Texas

**Founded:** 2022

**Executive Director:** Joseph A. Reyna

**Transparency Status:** GuideStar Platinum Seal of Transparency (2026)

**Charity Navigator:** Listed at charitynavigator.org/ein/882187078

**Mission:** Public-interest research on regulatory capture, trade policy, consumer protection, and transportation innovation

**Publishing:** Dreams Over Dollars™ Substack — public investigative research, no paywall

**Research Record:** 138-page eVTOL regulatory framework (ResearchGate, 2024); cited by Indonesian researchers; OpenSecrets lobbying analysis; FMVSS trade barrier research

**Trademark:** JOECAT® (USPTO Reg. No. 6,057,783)

**Mailing Address:** 5900 Balcones Dr #16077, Austin, Texas 78731

**Phone:** (512) 200-3069

**Email:** dreamsoverdollarsfoundation@gmail.com

*Verification: IRS EO Select Check (search EIN 88-2187078 at apps.irs.gov/app/eos/); Charity Navigator profile; GuideStar/Candid profile. The Foundation has never been sanctioned, barred, or restricted by any court.*

# EXHIBIT I

JOECAT® Federal Trademark — USPTO Registration No. 6,057,783

**Mark:** JOECAT®

**USPTO Registration No.:** 6,057,783

**Registrant:** Joseph A. Reyna

**Registration Date:** 2020

**Register:** Principal Register

**International Class:** 41 (Entertainment, education, and artist services)

**Status:** Registered and Active

**TSDR URL:** tsdr.uspto.gov/#caseNumber=6057783&caseType;=US_REGISTRATION_NO&searchType;=statusSearch

JOECAT® is a federally registered trademark serving as an authorship marker, continuity record, and priority claim for Plaintiff's creative and research output. Its registration predates the establishment of the Dreams Over Dollars Foundation (2022) and documents Plaintiff's continuous operation as an independent researcher and creator.

Austin's Automotive Specialists
118 Trademark Dr. Suite 500
Buda, Tx 78610
512-312-2177

# Work Order Authorization

Bill To Reyna, Joseph
TX

Mobile (956) 202-5580
Email WhiteHat@JoeCattt.com

Work Order # 800616977
Service Advisor Russell Darnell
Technician Shane Bubenik

Plate TX TTG0959
Description 2008 Nissan Rogue S L4 2.5L 2488CC 152CID
VIN JN8AS58V98W117200
Odometer 120,803 In / 0 Out

## Inspection

**Austins Automotive GreatWater Garages Courtesy Inspection**
Visual inspection of 30+ components which includes Filters, Fluids, Bulbs, Belts, Wipers & Tires.

| | | |
|---|---|---|
| Labor | 0.3 Hour | $0.00 |
| | **Sub** | **$0.00** |

## Service

**Diagnose Transmission Concern**
cust states he was on highway, then vehicle began to decel and vehicle would not accel (tac would go up) - diag and advise / **found multiple transmission codes for internal failure, also found lower radiator hose completely blown off radiator with no coolant in the system - transmission will need to be replaced (CVT) but engine damage could have occurred if ran without coolant**

**Customer requested an Estimate for worse case scenario for engine/transmission replacement**
Remove and Replace components as required to access and install materials, and/or perform needed service, adjustments as required. Additional fluids may be required to complete this service. Retest and verify repair as required. Perform final road test where applicable.

| | | | |
|---|---|---|---|
| Labor (includes motor and transmission replacement at same time) | 24 Hour | | $4,080.00 * |
| AUTOMATIC TRANSAXLE | 1 Unit | $3,567.07 / Unit | $3,567.07 *S |
| ENGINE ASSY-BARE | 1 Unit | $5,080.57 / Unit | $5,080.57 *S |
| SEAL-O RING | 1 Unit | $10.81 / Unit | $10.81 *S |
| GASKET KIT-ENGINE,REPAIR | 1 Unit | $398.30 / Unit | $398.30 *S |
| ROD ASSY-TORQUE | 1 Unit | $236.57 / Unit | $236.57 *S |
| INSULATOR-ENGINE MOUNTING,LH | 1 Unit | $439.21 / Unit | $439.21 *S |
| ROD ASSY-TORQUE | 1 Unit | $223.77 / Unit | $223.77 *S |
| TENSIONER ASSY-AUTO | 1 Unit | $168.01 / Unit | $168.01 *S |
| BELT-FAN & ALTERNATOR | 1 Unit | $106.93 / Unit | $106.93 *S |
| GASKET-EXHAUST | 1 Unit | $41.53 / Unit | $41.53 *S |
| NUT | 3 Unit | $2.16 / Unit | $6.48 *S |
| GASKET-EXHAUST | 2 Unit | $37.30 / Unit | $74.60 *S |
| NUT | 2 Unit | $2.05 / Unit | $4.10 *S |
| OIL COOLER SET | 1 Unit | $340.51 / Unit | $340.51 *S |
| RING-RUBBER | 1 Unit | $3.76 / Unit | $3.76 *S |
| HOSE-WATER,OIL COOLER | 1 Unit | $107.48 / Unit | $107.48 *S |
| HOSE-WATER,OIL COOLER | 1 Unit | $109.23 / Unit | $109.23 *S |
| RADIATOR ASSY | 1 Unit | $330.43 / Unit | $330.43 *S |
| CAP ASSY-RADIATOR | 1 Unit | $45.04 / Unit | $45.04 *S |
| HOSE-RADIATOR,LOWER | 1 Unit | $64.63 / Unit | $64.63 *S |
| HOSE-RADIATOR,UPPER | 1 Unit | $53.80 / Unit | $53.80 *S |
| TANK ASSY-RADIATOR RESERVOIR | 1 Unit | $185.81 / Unit | $185.81 *S |
| MOTOR & FAN ASSY-W/SHROUD | 1 Unit | $847.86 / Unit | $847.86 *S |
| PIPE-WATER | 1 Unit | $179.93 / Unit | $179.93 *S |
| HOSE-WATER | 1 Unit | $31.01 / Unit | $31.01 *S |

| | | | |
|---|---|---|---|
| HOSE-WATER | 1 Unit | $31.01 / Unit | $31.01 *S |
| OUTLET-WATER | 1 Unit | $192.27 / Unit | $192.27 *S |
| GASKET-WATER OUTLET | 1 Unit | $13.92 / Unit | $13.92 *S |
| VALVE ASSY-WATER CONTROL | 1 Unit | $49.99 / Unit | $49.99 *S |
| THERMOSTAT ASSY | 1 Unit | $69.33 / Unit | $69.33 *S |
| INLET-WATER | 1 Unit | $129.94 / Unit | $129.94 *S |
| PUMP ASSY-WATER | 1 Unit | $196.79 / Unit | $196.79 *S |
| GASKET-WATER INLET | 1 Unit | $22.37 / Unit | $22.37 *S |
| AIR CLEANER ELEMENT | 1 Unit | $40.48 / Unit | $40.48 *S |
| SHAFT ASSY-FRONT DRIVE,RH | 1 Unit | $407.24 / Unit | $407.24 *S |
| SHAFT ASSY-FRONT DRIVE,LH | 1 Unit | $401.39 / Unit | $401.39 *S |
| GASKET-INTAKE MANIFOLD | 1 Unit | $76.36 / Unit | $76.36 *S |
| MANIFOLD ASSY-INTAKE | 1 Unit | $1,070.61 / Unit | $1,070.61 *S |
| GASKET-INTAKE MANIFOLD | 1 Unit | $20.39 / Unit | $20.39 *S |
| GASKET-EXHAUST MANIFOLD | 1 Unit | $79.51 / Unit | $79.51 *S |
| Automatic Continuously Variable Transmission (CVT) Fluid | 10 Unit | $33.71 / Unit | $337.10 *S |
| | | **Sub** | **$19,876.14** |

**Valvoline Superior Protection Full-Synthetic Oil Change**
Change engine oil and filter. Check all fluid levels and top off as required. Includes chassis lube as required. Includes Great Water Garages Courtesy Inspection.

| | | | |
|---|---|---|---|
| VAL FULL SYNTHETIC 5W30 | 4.9 Unit | $7.36 / Unit | $36.06 *S |
| OIL FILTER | 1 Unit | $9.07 / Unit | $9.07 *S |
| | | **Sub** | **$45.13** |

**Brake Fluid System Service- Valvoline VPS**
Brake System Service. Flush entire brake system using Manufacturer recommended fluid and inspect hoses, lines and brake operation. (Does not include removal of any brake components). Perform final road test where applicable.

| | | | |
|---|---|---|---|
| Labor | 0.55 Hour | | $84.15 * |
| Valvoline Professional Series™ VPS DOT 4 BRAKE FLUID DOT-3 | 1 Unit | $39.76 / Unit | $39.76 *S |
| | | **Sub** | **$123.91** |

**Cooling System Fluid Service - Valvoline VPS**
Chemically flush and remove existing fluid. Additional flush and cleaning chemicals may be added to assist in cleaning system contamination. Fill system fluid(s) to proper capacity with new fluid. Fluid additives and/or conditioner may be added to system. Leak test vehicle system. Perform final road test where applicable.

| | | | |
|---|---|---|---|
| Labor | 0.75 Hour | | $122.99 * |
| ANTIFREEZE | 2 Unit | $14.25 / Unit | $28.50 *S |
| Valvoline Professional Series RADIATOR PROTECTOR SERVICE CHEMICAL PACK ™ | 1 Unit | $47.07 / Unit | $47.07 *S |
| | | **Sub** | **$198.56** |

**Four Wheel Alignment**
Inspect steering and suspension system components. Connect alignment equipment to verify and adjust front and rear wheel alignment settings for caster, camber, and toe in/out settings, thrust angle where applicable and center steering wheel. Some vehicles may require installation of alignment shims at additional charges. Adjust to meet manufacturers' specifications. Perform final road test where applicable.

| | | | |
|---|---|---|---|
| Labor | 0.8 Hour | | $119.95 * |
| | | **Sub** | **$119.95** |

| | | |
|---|---|---|
| Total Parts | | $15,956.60 |
| Total Labor | | $4,407.09 |
| Total Before Taxes & Miscellaneous Charges | | $20,363.69 |
| (*) Shop Supplies & Environmental Fees | | $70.25 S |
| (S) Texas Sales Tax (8.25%) | 8.25 % | $1,322.22 |
| **Grand Total** | | **$21,756.16** |

**Quality Control**

Oil Plug Checked?____Oil Filter Checked?_____All Fluids Topped off?____

Lugs Nuts Torqued to OE Specs?_____Torque Pounds___________

Vehicle Clean?_____Floor Mat, Seat Cover, Steering Wheel Cover - Removed?_____

Tech Sign-Off_________________________________

I hereby authorize the repairs to be done along with the required materials and agree that you are not responsible for loss or damage to the vehicle or contents in the case of fire or theft or causes beyond your control. I hereby grant you and your employees' permission to operate the vehicle on the streets and highways or elsewhere for the purpose of testing and or inspection. I acknowledge my indebtedness for the amount of this invoice and acknowledge and agree that in the event of non-payment that the repairer is entitled to liens under any available Repair Liens or Storage Liens Legislation. This information and any other information we have in our data base is restricted to authorized personnel only. This information will be used solely for the current and future service of your vehicle, warranty registration, and any other use required by law. You have a right to a written estimate. A repairer may not charge an amount that is more than ten (10) per cent above that estimate. If you waived your right to an estimate, the repairer must have your authorization of the maximum amount that you will pay for the repairs. The repairer may not charge more than the maximum amount you authorized. In either case, the repairer may not charge for any work you did not authorize.

**Customer Signature:**______________________________________________________

Christian Brothers Automotive®

(512) 295-8905
TX040@cbauto.net
https://www.cbac.com/buda/

**Posted Date:** 05/06/26 at 03:12 PM CDT
**Client:** Joseph Reyna
**Vehicle:** 2008 Audi A4 Base

| | | |
|---|---|---|
| **Joseph Reyna**<br><br>Phone: (956) 778-5282 | **2008 Audi A4 Base 2.0L 4Cyl GAS BWT Turbocharged**<br>VIN: WAUAF78E98A137355<br>License: DD2J105<br>Color: N/A<br>Odometer In: 184312 / Out: 184312 | **RO # 81363**<br>Time-In: 04/28/26 at 07:11 AM CDT |

**Client concerns:**

- Crank, no start. Now has no battery - Need to install battery and continue starting system diagnostic to determine reason for primary concern

### 1 - REMOVE AND REPLACE BATTERY - CUSTOMER SUPPLIED BATTERY
Tech:bm

| | | | | |
|---|---|---|---|---|
| *Labor:* | Remove & Replace Battery | | | $49.50 |

✓ **Approved on 04/28/26 at 02:30 PM CDT** **$49.50**

### 2 - STARTING/CHARGING SYSTEMS TEST
Tech:bm

**Note:** After installing battery, verified crank, no start condition. Verified cranking compression, fuel level and pressure, and spark are all present. Spark plugs are in poor condition, fuel appears to be contaminated and is very cloudy. Oil level is good, but oil is very dark. Using starting fluid, was able to get engine to run and turn over. CEL is on and several codes are present. Cleared codes and test drove, during test drive a few codes returned: P0300 - Random/Multiple Cylinder Misfire Detected, P0301 - Cylinder 1 Misfire Detected, P0303 - Cylinder 3 Misfire Detected. Recommend replacing spark plugs, performing an oil change, and draining contaminated fuel then retesting.

| | | | | |
|---|---|---|---|---|
| *Labor:* | STARTING/CHARGING SYSTEMS TEST | | | $164.99 |

✓ **Approved on 04/28/26 at 02:30 PM CDT** **$164.99**

### 3 - REMOVE AND REPLACE SPARK PLUGS
Tech:bm

**Note:** After installing battery, verified crank, no start condition. Verified cranking compression, fuel level and pressure, and spark are all present. Spark plugs are in poor condition, fuel appears to be contaminated and is very cloudy. Using starting fluid, was able to get engine to run and turn over. CEL is on and several codes are present. Cleared codes and test drove, during test drive a few codes returned: P0300 - Random/Multiple Cylinder Misfire Detected, P0301 - Cylinder 1 Misfire Detected, P0303 - Cylinder 3 Misfire Detected. Recommend replacing spark plugs, performing an oil change, and draining contaminated fuel then retesting.

| | | | | |
|---|---|---|---|---|
| *Labor:* | Remove & Replace Spark Plugs | | | $164.99 |
| | Drain, Clean, and Refill Fuel Tank and Lines | | | $515.60 |
| *Part:* | Spark Plug - Iridium Power | 4 | $31.63 | $126.52 |
| *Fee:* | FUEL | | | $20.00 |

✓ **Approved on 04/29/26 at 04:47 PM CDT** **$827.11**

### 4 - 5W40 SYNTHETIC OIL & FILTER CHANGE
Tech:bm

| | | | | |
|---|---|---|---|---|
| *Labor:* | 5W40 SYNTHETIC OIL & FILTER CHANGE | | | $30.00 |
| *Parts:* | 5W40 SYN | 4.8 | $13.99 | $67.15 |
| | Engine Oil Filter | 1 | $7.99 | $7.99 |
| *Fee:* | Oil Filter Disposal Fee | | | $1.00 |

✓ **Approved on 04/29/26 at 04:47 PM CDT** **$106.14**

### 5 - CBA | Courtesy Inspection - Safety
Tech:bm

**Note:** Found heavy oil saturation on most of engine, would need to clean and degrease engine to determine origin of leaks. Multiple ignition coil connectors were also found to be broken but don't appear to be compromising the function of the coils.

| | | | | |
|---|---|---|---|---|
| *Labor:* | | | | $0.00 |

and found no leaks present in the charge air system, testing has found the turbocharger wastegate is failing to close and allow the turbocharger to build boost during throttle application. Recommend replacing turbocharger assembly.

Note: Wastegate is integrated into turbocharger on this vehicle.

| | | |
|---|---|---|
| *Labor:* | TEST & INSPECT - TURBOCHARGER UNDERBOOST CONDITION | $179.99 |

✓ **Approved on 04/30/26 at 04:32 PM CDT** **$179.99**

I herby authorize the repair work to be done along with the necessary parts and materials and hereby grant you and/or your employees permission to operate the vehicle herein described on streets, highways or elsewhere, at your discretion, for the purpose of testing and/or inspection.

I am the person or agent, acting on behalf of the person obligated to pay for the repair of the vehicle subject to this repair contract. I understand this vehicle is subject to repossession if a written payment for repair on the vehicle is stopped, dishonored for lack of funds, or because the maker has no account.

***Our Nice Difference Warranty is 3 years or 36,000 miles, whichever comes last.***

**Warranty is valid from date of service at any Christian Brothers Automotive location nationwide. 3 year/36,000 mile warranty is only valid for dates of service after 01/01/2020. For service dates previous to 01/01/2020, a 2 year/24,000 whichever comes last, warranty coverage will apply unless otherwise stated on the invoice.**

**Please visit our website for terms and conditions.**

**Work Authorization Signature:**

| | |
|---|---|
| Total Labor: | $1,105.07 |
| Total Parts: | $201.66 |
| Total Fees: | $70.97 |
| **Subtotal:** | **$1,377.70** |
| **Grand Total:** | **$1,377.70** |
| **BALANCE DUE:** | **$0.00** |

X

✔ PAID

| Payment History | | | | | Payment Signature |
|---|---|---|---|---|---|
| 05/06/26 | Joseph Reyna | $1,377.70 | Credit Card Payment | Visa**** | Visa |

## Declined Jobs:

**1 - REMOVE & REPLACE TURBOCHARGER**

**Note:** Test drove vehicle after spark plugs and fuel were replaced, turbocharger is not building boost properly resulting in a loss of power. Performed a smoke test and found no leaks present in the charge air system, testing has found the turbocharger wastegate is failing to close and allow the turbocharger to build boost during throttle application. Recommend replacing turbocharger assembly.

Note: Wastegate is integrated into turbocharger on this vehicle.

✘ **Declined on 05/04/26 at 02:19 PM CDT** **$2,976.17**

**2 - REMOVE & REPLACE CYLINDER 3 FUEL INJECTOR - PRIMARY**

**Note:** After two test drives to monitor underboost condition, a misfire on cylinder 3 returned. Verified ignition coil connection is good, swapped cylinder 3 and 4 ignition coils and misfire remained on cylinder 3. Earlier testing ruled out compression concerns, verified electrical pulse on fuel injector but fuel injector is not providing proper quantity of fuel for combustion. Recommend replacing all four fuel injectors to resolve issue and prevent future failures that may be cause by prior fuel contamination concern.

✘ **Declined on 05/04/26 at 02:19 PM CDT** **$1,136.71**

| | |
|---|---|
| ✘ Declined on 05/04/26 at 02:19 PM CDT | $1,103.40 |